Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAMEEL HYDER and IFRAH HYDER, husband and wife, and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | NO. 2:24-cv-01539-RSL<br><br>STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS |

**STIPULATION**

Plaintiffs Jameel and Ifrah Hyder ("the Hyders") and Defendant State Farm Fire and Casualty Company ("State Farm"), through their respective counsel, stipulate and agree as follows:

1. This is an insurance coverage dispute related to State Farm's coverage obligations for the Hyders' insurance claims arising from a July 12, 2023 fire at their home located at 105 Windsor Drive Southeast, Sammamish, King County, Washington (the "Property").

2. The Property is insured by State Farm under Policy No. 47-C6-H772-0, with a policy period of May 15, 2023 through May 15, 2024 (the "Policy").

STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS - 1
NO. 2:24-CV-01539-RSL

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

3. The Hyders have asserted claims under the Policy related to the value of their personal property, replacement of the Property, and other matters.

4. The Hyders are in the process of finishing repairs on the Home and finalizing their personal property claim. While State Farm has paid the Hyders some money related to the fire damage at the Property, State Farm is continuing to adjust the Hyders claims under the policy.

5. Until State Farm finishes adjusting the Hyders' claims, the parties will not know the true extent of their disagreement that needs to be litigated in this action.

6. The Policy includes a provision that required the Hyders to file suit against State Farm within one year of the date of loss. To comply with the provision and preserve their rights under the Policy, the Hyders filed suit against State Farm in the King County Superior Court of and for the State of Washington.

7. State Farm timely removed this lawsuit to the United States District Court for the Western District of Washington.

8. Allowing State Farm to complete the adjustment process before further litigation occurs will significantly narrow the issues in dispute and potentially lead to this matter being resolved in its entirely without the need for the parties to incur significant additional attorneys' fees and costs.

9. Judicial economy is best served by a 6-month stay of the proceedings so that State Farm can finish adjusting the Hyders' insurance claims.

10. The Hyders have requested that State Farm stipulate to a stay of this action pending State Farm's completion of the adjustment process. State Farm has agreed to the Hyders' request and is doing so without waiver of or prejudice to any position it may take in this or in any other

STIPULATED MOTION AND ORDER TO STAY
PROCEEDINGS - 2
NO. 2:24-CV-01539-RSL

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477


declaratory judgment action regarding the Hyders' insurance claims against State Farm arising from the July 12, 2023 fire at the Property.

11. In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Hyders and State Farm, that:

a. This action, including all deadlines, dates, and responsive pleadings, should be stayed until April 16, 2025.

b. Either party may move the Court to terminate the stay upon 30 days' written notice to the other party.

c. On or before April 16, 2025, the parties shall file their Joint Status Report and Discovery Plan as required by FRCP 26(f).

d. The parties respectfully request that the Court enter the subjoined order containing the terms of the stay.

DATED this 29th day of October, 2024.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By  *s/ Katherine S. Wan*
Kasey D. Huebner, WSBA #32890
Katherine S. Wan, WSBA #58647
600 University Street, Suite 2915
Seattle, Washington 98101
Telephone: (206) 467-6477
Facsimile: (206) 467-6292
Email: khuebner@gordontilden.com
kwan@gordontilden.com

STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS - 3
NO. 2:24-CV-01539-RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 29th day of October, 2024.

**MIX SANDERS THOMPSON, PLLC**
Attorneys for Defendant

By *s/ Michael K. Rhodes*
Michael K. Rhodes, WSBA No. 41911
1620 Fifth Avenue, Suite 1800
Seattle, WA 98101
Tel: 206-678-1000
mrhodes@mixsanders.com;
leyda@mixsanders.com;
jennifer@mixsanders.com

STIPULATED MOTION AND ORDER TO STAY
PROCEEDINGS - 4
NO. 2:24-CV-01539-RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED that this case is STAYED until April 16, 2025. Either party may move the Court to terminate the stay upon 30 days' written notice to the other party. The parties are DIRECTED to file their Initial Disclosures pursuant to FRCP 26(a)(1) and their Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) by April 16, 2025.

IT IS SO ORDERED THIS __30th__ day of __October__, 2024.

*/s/ Robert S. Lasnik*

The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION AND ORDER TO STAY
PROCEEDINGS - 5
NO. 2:24-CV-01539-RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477