Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAMEEL HYDER and IFRAH HYDER, husband and wife, and the marital community composed thereof,<br><br>                  Plaintiffs,<br><br>    v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>                  Defendant. | NO.  2:24-cv-01539-RSL<br><br>THIRD STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS |

**STIPULATION**

Plaintiffs Jameel and Ifrah Hyder ("the Hyders") and Defendant State Farm Fire and Casualty Company ("State Farm"), through their respective counsel, stipulate and agree as follows:

    1.    On October 30, 2024, the Court entered a six-month stay of proceedings, while State Farm continued to adjust Plaintiffs' claim.  Dkt. 11.  On April 2, 2025, the Court entered a second stay expiring on October 10, 2025.  Dkt. 13.  The claim is still open.  The parties request a three-month stay to continue adjusting the claim.

THIRD STIPULATED MOTION AND  ORDER TO STAY PROCEEDINGS - 1
NO. 2:24-CV-01539-RSL

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

2. This is an insurance coverage dispute related to State Farm's coverage obligations for the Hyders' insurance claims arising from a July 12, 2023 fire at their home located at 105 Windsor Drive Southeast, Sammamish, King County, Washington (the "Property").

3. The Property is insured by State Farm under Policy No. 47-C6-H772-0, with a policy period of May 15, 2023 through May 15, 2024 (the "Policy").

4. The Hyders have asserted claims under the Policy related to the value of their personal property, replacement of the Property, and other matters.

5. The Hyders have an open claim. State Farm is continuing to adjust the Hyders claims under the policy.

6. Until State Farm finishes adjusting the Hyders' claims, the parties will not know the true extent of their disagreement that needs to be litigated in this action.

7. The Policy includes a provision that required the Hyders to file suit against State Farm within one year of the date of loss. State Farm did not timely agree to extend the suit limitation provision. Therefore, to comply with the provision and preserve their rights under the Policy, the Hyders filed suit against State Farm in the King County Superior Court of and for the State of Washington.

8. State Farm timely removed this lawsuit to the United States District Court for the Western District of Washington.

9. Allowing State Farm to complete the adjustment process before further litigation occurs will significantly narrow the issues in dispute and potentially lead to this matter being resolved in its entirely without the need for the parties to incur significant additional attorneys' fees and costs.

THIRD STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS - 2
NO. 2:24-CV-01539-RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

10. Judicial economy is best served by entering a third three-month stay of the proceedings so that State Farm can finish adjusting the Hyders' insurance claims.

11. The Hyders have requested that State Farm stipulate to a stay of this action pending State Farm's completion of the adjustment process. State Farm has agreed to the Hyders' request and is doing so without waiver of or prejudice to any position it may take in this or in any other declaratory judgment action regarding the Hyders' insurance claims against State Farm arising from the July 12, 2023 fire at the Property.

12. In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Hyders and State Farm, that:

    a. This action, including the Initial Disclosures deadline and all other deadlines and dates, should be stayed until January 12, 2026.

    b. Either party may move the Court to terminate the stay upon 30 days' written notice to the other party.

    c. On or before January 12, 2026, the parties shall file their Initial Disclosures pursuant to FRCP 26(a)(1) and their Joint Status Report and Discovery Plan as required by FRCP 26(f).

    d. The parties respectfully request that the Court enter the subjoined order containing the terms of the stay.

THIRD STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS - 3
NO. 2:24-CV-01539-RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 3d day of October, 2025.

        **GORDON TILDEN THOMAS & CORDELL LLP**
        Attorneys for Plaintiffs

      By   *s/ Katherine S. Wan*
        Kasey D. Huebner, WSBA #32890
        Katherine S. Wan, WSBA #58647
        600 University Street, Suite 2915
        Seattle, Washington 98101
        Telephone: (206) 467-6477
        Facsimile: (206) 467-6292
        Email: khuebner@gordontilden.com
        kwan@gordontilden.com

DATED this 3d day of October, 2025.

        **MIX SANDERS THOMPSON, PLLC**
        Attorneys for Defendant

      By   *s/ Michael K. Rhodes (per email authorization)*
        Michael K. Rhodes, WSBA No. 41911
        1620 Fifth Avenue, Suite 1800
        Seattle, WA 98101
        Tel: 206-678-1000
        mrhodes@mixsanders.com;

THIRD STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS - 4
NO. 2:24-CV-01539-RSL

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED that this case is STAYED until January 12, 2026. Either party may move the Court to terminate the stay upon 30 days' written notice to the other party. The parties are DIRECTED to file their Initial Disclosures pursuant to FRCP 26(a)(1) and their Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) by January 12, 2026.

IT IS SO ORDERED THIS 6th day of October, 2025.

_____
The Honorable Robert S. Lasnik
United States District Court Judge

THIRD STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS - 5
NO. 2:24-CV-01539-RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477